IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DISTEFANO, INCORPORATED,** *et al.,* | * |
| **Plaintiffs,** | * |
| v. | * Civil Case No.: SAG-22-01493 |
| **TASTY BAKING COMPANY,** | * |
| **Defendant.** | * |

\* \* \* \* \* \* \* \* \* \*

## ORDER OF JUDGMENT

For the reasons stated in the accompanying memorandum opinion, it is this 26 day of August, 2024, ORDERED that Defendant Tasty Baking Company's Motion for Summary Judgment is GRANTED. Judgment is entered in favor of the Defendant.

The Clerk is directed to CLOSE the case.

/s/
Stephanie A. Gallagher
United States District Judge